UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH FOUNTAIN                              CIVIL ACTION

VERSUS                                        NO. 24-2876

SOCIAL SECURITY ADMINISTRATION                SECTION: "J"(5)

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 19), and Petitioner Kenneth Fountain's Objection (Rec. Doc. 20), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

In this review of the Social Security Commissioner's denial of Plaintiff's claim for Disability Insurance Benefits under Title II of the Social Security Act, Magistrate Judge North recommended that Plaintiff's brief be rejected, the Commissioner's brief be adopted, and Plaintiff's case be dismissed with prejudice. In reaching this conclusion, Judge North considered four issues on appeal. Plaintiff objects to the Magistrate Judge's findings and conclusions based on the exact same four grounds that formed the basis of Judge North's review. This Court finds that Judge North applied the correct standard of review to the Administrative Law Judge's decision, and therefore, the Court declines to relitigate the same four issues that have already been thoroughly considered and properly decided.

1

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Kenneth Fountain's Objection **(Rec. Doc. 20)** is **OVERRULED**, and the Magistrate Judge's Report and Recommendation **(Rec. Doc. 19)** is **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Plaintiff's brief be **REJECTED**, the Commissioner's brief be **ADOPTED**, and Plaintiff's case be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of November, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE